**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **ELEVANCE HEALTH, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DR. WALDEMAR C. RÍOS ALVAREZ, DR. BENJAMIN GUARDIOLA, JAIME RIVERA PESANTE, DR. SARA RAMOS GONZALEZ,**<br><br>**Defendants.** | **No. 1:26-cv-00199-TWP-KMB** |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that Plaintiff Elevance Health, Inc. and Defendants Dr. Waldemar C. Ríos Alvarez, Dr. Benjamin Guardiola, Jaime Rivera Pesante, and Dr. Sara M. Ramos Gonzalez, have reached a confidential settlement resolving the claims raised in this matter and are in the process of finalizing and consummating the terms of a confidential settlement agreement and mutual release. The Parties expect to file the appropriate dismissal papers by **August 10, 2026**. The Parties respectfully request the Court adjourn all deadlines in this matter. The Parties further request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted,

*/s/ Andrew J. Henson*
Andrew J. Henson, PHV
Patrick D. Houston, PHV
Troutman Pepper Locke
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
andrew.henson@troutman.com
patrick.houston@troutman.com

Kandi Kilkelly Hidde, #18033-49
Patricia Román Hass, #29461-45
FBT Gibbons LLP
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN 46244-0961
Telephone: (317) 237-3800
Facsimile: (317) 237-3900
khidde@fbtgibbons.com
promanhass@fbtgibbons.com

Mark D. Kundmueller, Esq.
IN Bar No. 28427-71
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
E-mail: mark.kundmueller@troutman.com

*Attorneys for Plaintiff Elevance Health, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 27, 2026, a true and accurate copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following CM/ECF participants:

Jaime L. Sanabria Montañez
ECIJA
P.O. Box 363068
San Juan, PR 00936-3068
Tel.: (7887) 300-3200
Fax.: (787) 300-3208
jsanabria@ecija.com

*Counsel for Defendants*

/s/ *Andrew J. Henson*