**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**Indianapolis Division**

**ELEVANCE HEALTH, INC.,**

Plaintiff,

v.

**DR. WALDEMAR C. RÍOS ALVAREZ, DR. BENJAMIN GUARDIOLA, JAIME RIVERA PESANTE, DR. SARA RAMOS GONZALEZ,**

Defendants.

**CIVIL NO.: 1:26-cv-199**

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL PAPERS**

This cause has come before the Court upon the motion of the Parties, for a 7-day extension to file the Answer to Complaint. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED. The deadline for the Parties to file their dismissal papers is **September 18th, 2026.**

Date: 9/14/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF