**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**Indianapolis Division**

**Acknowledged**
TWP
October 22, 2026

| | |
|---|---|
| **ELEVANCE HEALTH, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**DR. WALDEMAR C. RÍOS ALVAREZ, DR. BENJAMIN GUARDIOLA, JAIME RIVERA PESANTE, DR. SARA RAMOS GONZALEZ,**<br><br>Defendants. | **CIVIL NO.: 1:26-cv-00199-TWP-KMB** |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Elevance Health, Inc. and Defendants Dr. Waldemar C. Ríos Alvarez, Dr. Benjamin Guardiola, Jaime Rivera Pesante, and Dr. Sara Ramos Gonzalez, by their counsel, hereby stipulate that all claims in the above-styled action, and the entire Complaint, shall be and the same are hereby dismissed with prejudice, with each party to bear their own costs and attorney's fees.

| | |
|---|---|
| ELEVANCE HEALTH, INC.<br><br>*/s/ Patrick D. Houston*<br>Andrew J. Henson, PHV<br>Patrick D. Houston, PHV<br>Troutman Pepper Locke<br>1001 Haxall Point<br>Richmond, VA 23219<br>Telephone: (804) 697-1200<br>Facsimile: (804) 697-1339<br>andrew.henson@troutman.com<br>patrick.houston@troutman.com<br><br>Kandi Kilkelly Hidde, #18033-49<br>Patricia Román Hass, #29461-45 | DR. WALDEMAR C. RÍOS ALVAREZ, DR. BENJAMIN GUARDIOLA, JAIME RIVERA PESANTE, AND DR. SARA RAMOS GONZALEZ<br><br>*/s/ Jaime L. Sanabria Montanez*<br>Jaime L. Sanabria Montanez<br>ECIJA SBGB<br>P.O. Box 363068<br>San Juan, PR 00936-3068<br>Tel.: (7887) 300-3200<br>Fax.: (787) 300-3208<br>jsanabria@ecija.com<br><br>*Counsel for Defendants* |

| | |
|---|---|
| FBT Gibbons LLP<br>111 Monument Circle, Suite 4500<br>P.O. Box 44961<br>Indianapolis, IN 46244-0961<br>Telephone: (317) 237-3800<br>Facsimile: (317) 237-3900<br>khidde@fbtgibbons.com<br>promanhass@fbtgibbons.com<br><br>Mark D. Kundmueller, Esq.<br>IN Bar No. 28427-71<br>222 Central Park Ave., Suite 2000<br>Virginia Beach, VA 23462<br>Telephone: (757) 687-7500<br>Facsimile: (757) 687-7510<br>E-mail: mark.kundmueller@troutman.com<br>*Attorneys for Plaintiff Elevance Health, Inc* | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 21, 2026, a true and accurate copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following CM/ECF participants:

Jaime L. Sanabria Montanez
ECIJA SBGB
P.O. Box 363068
San Juan, PR 00936-3068
Tel.: (7887) 300-3200
Fax.: (787) 300-3208
jsanabria@ecija.com

*Counsel for Defendants*

/s/ *Patrick D. Houston*